UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL HERNANDEZ DITCHARO, ET AL. | * | CIVIL ACTION |
| Plaintiff | * | NO.: 2:23-CV-7399 |
| VERSUS | * | SECTION: "L" (5) |
| | * | JUDGE ELDON E. FALLON |
| UNION PACIFIC RAILROAD COMPANY, ET AL. | * | MAGISTRATE JUDGE MICHAEL NORTH |
| Defendants | * | |

**EX PARTE MOTION FOR LEAVE TO**
**FILE SECOND AMENDED COMPLAINT**

**NOW COMES**, plaintiffs, Cheryl Hernandez Ditcharo, et al., with consent of counsel for Defendants, to Move the Court for Leave to Amend his original Petition for Damages for the purpose of adding as a party to this action the defendant employer and premises owner, Amsted Industries Incorporated (f/k/a Plexco). As counsel for Defendants has graciously consented to the amendment, a proposed Order is included for the Court's convenience.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully submitted,
**BOLING LAW FIRM, LLC**

/s/ Jeremiah Boling
Jeremiah Boling (Bar No. 34249)
Caroline Boling (Bar No. 34494)
Alaina Brandhurst (Bar No. 35057)
Adam Whitworth (Bar No. 34149)
541 Julia Street, Suite 300
New Orleans, LA 70130
Telephone: (504) 569-5904
Fax: (504) 569-5774
jboling@bolingfirm.com
cboling@bolingfirm.com
abrandhurst@bolingfirm.com
awhitworth@bolingfirm.com
**ATTORNEYS FOR PETITIONERS**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will deliver a true and accurate copy of the same to all counsel of record this 6th day of June, 2024.

/s/ Jeremiah Boling
JEREMIAH BOLING
