UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL HERNANDEZ DITCHARO, ET AL. | * | |
| | * | CIVIL ACTION |
| | * | |
| Plaintiff | * | NO.: 2:23-CV-7399 |
| | * | |
| VERSUS | * | SECTION: "L" (5) |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| UNION PACIFIC RAILROAD COMPANY, ET AL. | * | MAGISTRATE JUDGE MICHAEL NORTH |
| | * | |
| Defendants | * | |

## ORDER GRANTING LEAVE OF COURT TO AMEND

This Matter comes before the Court on Motion of Plaintiff, for Leave to File his Second Amended Complaint. The Court, having reviewed the motion and noting the consent of all counsel, finds it to be well-taken. Leave is hereby granted, and the proposed Amended Complaint shall be entered in the above-captioned matter.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
United States Magistrate Judge
Eastern District of Louisiana