UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL HERNANDEZ DITCHARO, ET AL. | * * | CIVIL ACTION |
| Plaintiff | * * | NO.: 2:23-CV-7399 |
| VERSUS | * * | SECTION: "L" (5) |
| | * * | JUDGE ELDON E. FALLON |
| UNION PACIFIC RAILROAD COMPANY, ET AL. | * * * | MAGISTRATE JUDGE MICHAEL NORTH |
| Defendants | * | |

**PLAINTIFF'S SECOND SUPPLEMENTAL
AND AMENDING COMPLAINT FOR MONEY DAMAGES**

**NOW INTO COURT,** by and through undersigned counsel, comes Plaintiffs, who move to file this Second Supplement and Amending Complaint for Money Damages, and respectfully shows unto the Court for the following:

**I.**

For the purpose of adding the following Defendant:

1. **AMSTED INDUSTRIES INCORPORATED** (f/k/a Plexco)
This defendant is being sued for negligence/employer liability/premises/ strict liability. This defendant is a corporation organized under the laws of the State of Delaware with its principal place of business in Chicago, Illinois where the Defendant maintains its headquarters. As such, Amsted Industries Incorporated is considered a citizen of Delaware and Illinois.

**II.**

Plaintiff Anthony Ditcharo was occupationally exposed to injurious levels of asbestos in 1974 while employed at the following:

- As a Laborer at Amsted Industries Incorporated (f/k/a Plexco)

While the Plaintiff used, handled, and/or was in the vicinity of others using or handling asbestos or asbestos containing products at these sites, dangerously high levels of asbestos fibers escaped into the ambient air of the workplace, resulting in Mr. Ditcharo breathing those fibers.

### III.

The Plaintiff reiterates all other matters contained in the Original Complaint for Money Damages including the prayer of the Original Complaint and the first supplemental and amending Complaint as though set forth at length herein.

**WHEREFORE**, the petitioner prays that his Original Complaint be supplemented and amended in the above particulars and that, after due proceedings had, there be judgment herein in favor of Plaintiff and against the defendants as originally prayed for herein, jointly, severally, and *in solido*, said amounts to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,
**BOLING LAW FIRM, LLC**

/s/ Jeremiah Boling
Jeremiah Boling (Bar No. 34249)
Caroline Boling (Bar No. 34494)
Alaina Brandhurst (Bar No. 35057)
Adam Whitworth (Bar No. 34149)
541 Julia Street, Suite 300
New Orleans, LA 70130
Telephone: (504) 569-5904
Fax: (504) 569-5774
jboling@bolingfirm.com
cboling@bolingfirm.com
abrandhurst@bolingfirm.com
awhitworth@bolingfirm.com
**ATTORNEYS FOR PETITIONERS**

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will deliver a true and accurate copy of the same to all counsel of record this 6th day of June 2024.

                     /s/ Jeremiah Boling_____
                     JEREMIAH BOLING